**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: R.S.B., A MINOR : No. 57 EAL 2024
:
:
PETITION OF: T.D., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.